Name, Address & Tel. of Attorney(s):
Kaye, Rose & Partners, LLP
Anita M. Eilert, SBN 133639/ Jared M. Kaye, SBN 326602
402 W. Broadway, Suite 1220
San Diego, CA 92101
Tel: (619)232-6555

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Mira Manusova; Mikhail Manusov

Plaintiff(s)

v.

Viking River Cruises

Defendant(s).

CASE NUMBER

2:24-cv-01668-FMO-MRW

**REQUEST:**
**ADR PROCEDURE SELECTION**

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the
  ☑ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara
  for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 7/18/24

_Julia Sklar_
Attorney for Plaintiff  Mira Manusova, Michail Manusov

Dated: _____

Attorney for Plaintiff _____

Dated: 7/18/2024

Attorney for Defendant  Viking Cruises USA Ltd

Dated: _____

Attorney for Defendant _____

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)           REQUEST: ADR PROCEDURE SELECTION            Page 1 of 1