# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MIRA MANUSOVA, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 24-1668 FMO (MRWx) |
| v. | |
| VIKING RIVER CRUISES, INC., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

Judge Wilner is not available for settlement conference (Docket # 17) due to upcoming departure from the Court.

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

July 19, 2024  
Date

/s/ Judge Wilner  
United States Magistrate Judge

---

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge __Margo A. Rocconi__. On all documents subsequently filed in this case, please substitute the initials __MAR__ after the case number in place of the initials of the prior judge, so that the case number will read __2:24-cv-01668 FMO(MARx)__. This is very important because the documents are routed to the assigned judges by means of these initials

*cc:*   *Previous Magistrate Judge*

CV-110 (06/14)     **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**